# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

------------------------------------X

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. | 3:20 CV 021 (KAD) |
| Plaintiff | : | | |
| v. | : | | |
| $2,730.00 DOLLARS IN U.S. CURRENCY; $3,318.00 DOLLARS IN U.S. CURRENCY; $2,600 DOLLARS IN US CURRENCY; $4,020.00 DOLLARS IN U.S. CURRENCY; 5,3330.00 DOLLARS IN U.S. CURRENCY; $3,500.00 DOLLARS IN U.S. CURRENCY; $4,900.00 DOLLARS IN U.S. CURRENCY. | : | | |
| Defendants. | : | | |

------------------------------------X

## CLAIMANT SABINA PERALTA'S ANSWER TO VERIFIED COMPLAINT OF FORFEITURE

1.  As to Paragraph 1 of the Complaint, the Claimant admits that this is a civil action in rem, brought by the United States for forfeiture of real properties, or portions thereof.  The Claimant denies that the subject property constitutes or was derived from proceeds traceable to an offense constituting 'specified unlawful activity,' namely the exchange of controlled substances in violation of 21 U.S.C. § 801 et seq., or conspiracy to commit such offense.

1

2.   As to Paragraph 2 of the Complaint, the Claimant admits this Court has such jurisdiction.

3.   As to Paragraph 3 of the Complaint, the Claimaint admits that the listed items are the Defendants.

4.   As to Paragraph 4 of the Complaint, the Claimant is without sufficient knowledge and, on that basis, denies the allegations.

5.   As to Paragraph 5 of the Complaint, the Claimant admits the allegations therein.

6.   As to Paragraph 6 of the Complaint, the Claimant is without sufficient knowledge and, on that basis, denies the allegations.

7.   As to Paragraph 7 of the Complaint, the Claimant admits that Luis Miguel Rosario-Guzman entered and has remained in the United States without legal status since 2014 or 2015.  The Claimant admits that Luis Miguel Rosario-Guzman resided in Stamford, Connecticut prior to his arrest by federal authorities.  The Claimant denies that she or Lisa Guzman had been utilized as front names for businesses run by Luis Miguel Rosario-Guzman, including Café Luna, San Miguel Market I and San Miguel Market II.  The Claimant is without sufficient knowledge regarding the allegation that the "Rosario DTO" used the aforementioned businesses in facilitating their drug trafficking activities and, on that basis, denies the allegations.  The Claimant is without sufficient knowledge about the remaining allegations in Paragraph 7 and, on that basis, denies those allegations.

8.   As to Paragraph 8 of the Complaint, the Claimant is without sufficient knowledge and, on that basis, denies the allegations.

9-16.    As to Paragraphs 9-16 of the Complaint, the Claimant is without sufficient knowledge and, on that basis, denies the allegations.

17.    As to Paragraph 17 of the Complaint, the Claimant admits that she, Lisa Guzman, a minor child and Jose Luis Rosario were stopped and detained by the police. The Claimant admits that no less than, and possibly more than, the amounts of money alleged to have been seized, were seized as alleged.

18.    As to Paragraphs 18 of the Complaint, the Claimant is without sufficient knowledge of the law enforcement communications alleged in the first sentence and, on that basis, denies the allegations.  The Claimant admits the remaining allegations in Paragraph 18.

19.    As to Paragraph 19 of the Complaint, the Claimant is without sufficient knowledge of the allegations in the first sentence and, on that basis, denies those allegations.  The Claimant admits that no less than, and possibly more than, the amounts of money alleged to have been seized, were seized as alleged in the remainder of Paragraph 19.

20.    As to Paragraph 20 of the Complaint, the Claimant is without sufficient knowledge of the allegations regarding statements alleged to have been made by others and, on that basis, denies the allegations. The Claimant admits the statement alleged in Paragraph 20 but denies the remaining allegations.

21.    [Empty]

22-25.    As to Paragraphs 22 through 25, the Claimant denies the allegations.

Respectfully submitted,
SABINA PERALTA

BY: _____
Lindy R. Urso (ct20315)
Attorney at Law
810 Bedford Street, Ste. 3
Stamford, CT 06901
(203) 249-5748
(203) 357-0608
lindy@lindyursolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ANSWER of Sabina Peralta was filed was filed and served via ECF and by electronic mail on this 10th day of June in the year of our Lord 2020, as follows:

David C. Nelson
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

_____
Lindy R. Urso

4